1  SALLY M. HANDMAKER (SBN 281186)
     Email: shandmaker@cohenmilstein.com
2  COHEN MILSTEIN SELLERS & TOLL, PLLC
3  1100 New York Ave., Suite 500
   Washington, D.C. 20005
4  Telephone: 202-408-4600

5
   WILLIAM J. GENEGO (SBN 103224)
6    Email: bill@genegolaw.com
   LAW OFFICE OF WILLIAM GENEGO
7  2115 Main Street
8  Santa Monica, California 90405
   Telephone:  310-399-3259
9

10 Attorneys for Plaintiffs
   (Additional Counsel Listed On Following Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE BEECHUM, JEANNIE HART and MONICA HERVEY on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>         v.<br><br>NAVIENT SOLUTIONS, INC., and DOES 1 THROUGH 10,<br>                Defendants. | CASE NO: 2:15-cv-8239<br><br>CLASS ACTION<br><br>AMENDED NOTICE OF PENDENCY OF OTHER ACTION (LOCAL RULE 83-1.4) |

Additional Counsel of Record

MICHAEL D. BRAUN (SBN 167416)
   Email: mdb@braunlawgroup.com
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, California 90064
Telephone: 310-836-6000

EVAN A. JENNESS (SBN 136822)
   Email: evan@jennesslaw.com
LAW OFFICES OF EVAN A. JENNESS
2115 Main Street
Santa Monica, California 90405
Telephone:  310-399-3259

JANET LINDNER SPIELBERG (SBN 221926)
   Email: jlspielberg@jlslp.com
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Boulevard, # 400
Los Angeles, California 90025
Telephone: 310-392-8801

1   Plaintiffs Jamie Beechum, Jeannie Hart and Monica Hervey filed a Notice of
2   Pendency of Other Action under Local Rule 83-1.4 concurrently with the filing of
3   the complaint in this action to bring to the Court's attention a matter pending in the
4   Northern District of California, *Ubaldi v. SLM Corp., et al.*, which involves "a
5   material part of the subject matter" of this action. Central District Local Rule 83-1.4;
6   see ECF 6 (Notice of Pendency of Other Action).
7   Plaintiffs, by counsel, file this Amended Notice of Pendency of Other Action
8   to provide further information to this Court regarding the other action to ensure
9   full compliance with both the spirit and letter of Local Rule 83-1.4.

### Other Pending Action

*Ubaldi, et al., v. SLM Corp., et al.*, Case No. 2:11-cv-1320-EDL (N.D. Cal.)

### Parties

The parties to the *Ubaldi* matter are:

(1) Plaintiffs Tina M. Ubaldi, Chanee Thurston, Dana L. Barone and Sara Bachman-Williams and

(2) Defendants SLM Corporation; Sallie Mae, Inc.; and SLM PC Student Loan Trust 2004-A.[1]

---

[1] Since the filing of the *Ubaldi* action, two of the defendants, the SLM Corporation and Sallie Mae, Inc. have been merged with and into successor entities. Specifically, the SLM Corporation has merged with and into Navient Corporation, and Sallie Mae, Inc., has merged into Navient Solutions, Inc., a defendant in the present action. The *Ubaldi* action has continued in the names of prior entities, as there has not been a formal substitution of parties under Fed. R. Civ. P. 25(c).

1

<u>**Plaintiffs' Counsel in *Ubaldi***</u>

ANDREW FRIEDMAN, admitted *pro hac vice*
   Email: afriedman@cohenmilstein.com
DOUGLAS MCNAMARA, admitted *pro hac vice*
   Email: dmcnamara@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
   Email: shandmaker@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., Suite 500
Washington, D.C. 20005
Telephone: 202-408-4600


MICHAEL D. BRAUN (SBN 167416)
   Email: service@braunlawgroup.com
BRAUN LAW GROUP, P.C.
10680 W. Pico Blvd., Suite 280
Los Angeles, California 90064
Phone: (310) 836-6000


WILLIAM J. GENEGO (SBN 103224)
LAW OFFICE OF WILLIAM GENEGO
   Email: bill@genegolaw.com
2115 Main Street
Santa Monica, California 90405
Telephone: (310) 399-3259


JANET LINDNER SPIELBERG (SBN 221926)
   Email: jlspielberg@jlslp.com
LAW OFFICES OF JANET LINDNER SPIELBERG
12400 Wilshire Boulevard, # 400
Los Angeles, California 90025
Telephone: (310) 392-8801

2

<u>Defendants' Counsel in *Ubaldi*</u>

SONYA D. WINNER (SBN 200348)
   Email: SWinner@cov.com
ASHLEY SIMONSEN (SBN 275203)
   Email: ASimonsen@cov.com
RANI GUPTA (SBN 296346)
   Email: RGupta@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000

EMILY JOHNSON HENN (SBN 269482)
   Email: EHenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700

<u>Factual Statement Under L.R. 83-1.4.2(e)</u>

*Ubaldi* is a class action alleging that Defendant Sallie Mae Inc., and its successor, Navient Solutions, Inc., violated California law by charging non-compensatory, punitive late fees on private student loans made to California residents. The Third Amended Complaint in *Ubaldi* added an additional plaintiff who alleged state law claims for charging usurious interest, as did a subsequent Complaint In Intervention, which added two additional plaintiffs. *Ubaldi*, ECF 172, 206.

The *Ubaldi* Court subsequently denied Plaintiffs' motion for class certification of the usury claims, including a claim under Bus. & Prof. Code § 17200, *et al.*, agreeing with Defendants that Plaintiffs lacked standing as to any usury related claims because none of the named Defendants owned their loans. *Ubaldi*, ECF 242. The Court also denied the intervenors' subsequent motion to file an amended complaint in intervention to add the owners of their loans as defendants.

1 *Ubaldi*, ECF 257. Because Defendants raised the standing issue in their opposition
2 to Plaintiffs' renewed motion for class certification, rather than by a motion to
3 dismiss, the individual usury claims technically remain outstanding.  There will be
4 no further substantive proceedings regarding the individual usury claims, however,
5 given the Court's ruling that Plaintiffs lack standing for their usury claims as to any
6 of the named defendants.
7 　　　　The *Ubaldi* Court did certify two classes as to the late fee claims, which are
8 not at issue here, and the proceedings as to the late fee claims are continuing.
9 *Ubaldi*, ECF 242.
10 　　　　The present case is a putative class action alleging that Defendant Navient
11 Solutions, Inc., and its predecessor, Sallie Mae, Inc., violated California law by
12 charging interest at a rate exceeding 10% per annum on privates student loans made
13 to California residents, and receiving payment of such interest. Plaintiffs also seek
14 to bring their usury claims against the owners of their loans, but because they have
15 not yet been able to determine what entities own their loans, they have named Doe
16 defendants and will seek leave to amend upon learning that information.
17 　　　　The private student loans at issue in both actions were originated pursuant to
18 an agreement between the Student Loan Marketing Association ("SLMA") and
19 Stillwater National Bank and Trust Company ("Stillwater"), called the ExportSS®
20 Agreement.
21 　　　　Plaintiffs in *Ubaldi* contend that their late fee claims are not subject to
22 preemption under the National Bank Act ("NBA"), 12 U.S.C. § 85, because under
23 the terms of the ExportSS® Agreement, and as implemented, their loans were *not*
24 made by a national bank, and instead were in fact made by the SLMA, a non-bank
25 entity, which was the actual lender, and that the lender listed on their loan
26 contracts, Stillwater National Bank and Trust, was a nominee.
27 　　　　Plaintiffs in the present action similarly contend that their usury claims are
28 not subject to preemption under the NBA for these same reasons.

4

1  Plaintiffs in the present action further contend that their loans are subject to
2  and not exempt from the California usury limit of 10% per annum, because under
3  California law, the substance of the transaction was that the loans were *not* made by
4  a national bank, and were instead made by the SLMA, and that the lender listed on
5  their loan contracts, Stillwater National Bank and Trust, was a nominee used by the
6  SLMA to circumvent California law.
7  Thus, the present action and the *Ubaldi* action involve a material part of the
8  same subject matter in that both cases present the question of whether, under the
9  terms of the ExportSS® Agreement, and as implemented, the loans were in fact
10 made by the SLMA, and thus are not subject to preemption under the § 85 of the
11 NBA. Further, if class certification were granted as to the usury claims advanced by
12 Plaintiffs in the present action as to Defendant Navient Solutions, Inc., the class
13 would potentially include the usury plaintiffs in *Ubaldi*.

15  DATED: October 22, 2015          Respectfully submitted,
16                                   By: */s/ William J. Genego*
17                                   Counsel for Plaintiffs