UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMIE BEECHUM ET AL., | Case No. CV 15-8239 JGB (KKx) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| NAVIENT SOLUTIONS, INC. ET AL., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is GRANTED. This action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

IT IS SO ORDERED.

Dated: September 21, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge