**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMIE BEECHUM, on behalf of themselves and all others similarly situated and MONICA HERVEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs-Appellants,<br><br> and<br><br>JEANNIE HART,<br><br>        Plaintiff,<br><br> v.<br><br>NAVIENT SOLUTIONS, INC.; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>DOES, 1-10, inclusive,<br><br>        Defendant. | No.   16-56564<br><br>D.C. No.<br>2:15-cv-08239-JGB-KK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The assessment conference scheduled for February 28, 2017, is canceled.

Appellants' motion to dismiss this appeal (Docket Entry 6) is granted.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                          FOR THE COURT


                                          By: Claudia L. Bernard
                                          Chief Circuit Mediator

CLB/Mediation